USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELWYN KARP, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

-against-

DIEBOLD NIXDORF, INCORPORATED, ANDREAS W. MATTES, and CHRISTOPHER A. CHAPMAN,

    Defendants.

19 Civ. 6180 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Pursuant to Local Civil Rules 6.1 and 6.3, the Indiana Movants shall respond to the Motion for Reconsideration filed by the UPR/Detroit Movants on November 13, 2019 (see dkt. nos. 52-54) by no later than November 20, 2019. The UPR/Detroit Movants shall file any reply papers within two days after service of the Indiana Movants' response.

    SO ORDERED.

Dated:    New York, New York
         November 14, 2019

_____
LORETTA A. PRESKA
Senior United States District Judge