**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE: DIEBOLD NIXDORF, INC.,
SECURITIES LITIGATION,                           19 **CIVIL** 6180 (LAP)
                                                 **JUDGMENT**

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Endorsed Order dated April 28, 2021, final judgment is entered on all claims pursuant to Fed. R. Civ. P. 58(d).

**Dated:** New York, New York
April 28, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**