**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of June, two thousand twenty-one,

Indiana Laborers Pension and Welfare Funds,

    Plaintiff - Appellant,

Selwyn Karp, individually and on behalf of all others similarly situated, University of Puerto Rico Retirement System, General Retirement System of the City of Detroit, City of Dearborn Heights ACT 345 Police and Fire Retirement System,

    Plaintiffs,

City of Livonia Retiree Health and Disability Benefits Plan,

    Consolidated-Plaintiff,

v.

Diebold Nixdorf, Incorporated, Andreas Mattes, Christopher A. Chapman,

    Defendants - Appellees,

Juergen Wunram,

    Consolidated-Defendant.

**ORDER**
Docket No. 21-1373

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 28 2021

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/28/2021